**BETTER PACKAGES, Inc., Plaintiff-Appellant, v. L. LINK & CO., Inc., Louis Link and Charles F. Albers, Defendants-Appellants.**

**No. 180.**

Circuit Court of Appeals, Second Circuit.
March 21, 1935.

For former opinion, see 74 F.(2d) 679.

Hammond & Littell, of New York City (Edmund Quincy Moses, Nelson Littell, and Clarence M. Crews, all of New York City, of counsel), for plaintiff-appellant.

Warfield & Brown, of New York City (Donald L. Brown and Griffith Beems, both of New York City, of counsel), for defendants-appellants.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

## PER CURIAM.

Upon the plaintiff's petition for reargument as to reissue patent No. 18,322, we have again carefully considered the question of validity, and we adhere to our former conclusion. Even if Elliott alone is not enough to anticipate claim 1, we cannot hold that invention was involved in making the adjustments necessary for the patent in suit out of parts shown in Brownson, Pitney, Elliott, and Kreuger's first patent. The defendants' new ground of attack, based on failure to disclaim after Judge Hickenlooper's decision holding invalid certain claims of the parent patent, No. 1,638,815, has not been considered, as it is not presented by this record.

---

**Chester R. BOWEN, Appellant, v. LOS ANGELES TRUST & SAFE DEPOSIT CO. et al., Appellees.**

**No. 7738.**

Circuit Court of Appeals, Ninth Circuit.
March 21, 1935.

Lloyd S. Nix, of Los Angeles, Cal., for appellant.

Stoner & Gardner and George Gardner, all of Los Angeles, Cal., for appellees.

Before WILBUR and DENMAN, Circuit Judges.

## PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal allowed by District Court, and petition for allowance of appeal by this court dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.